| | |
|---|---|
| GROSJEAN CONTRACTORS, INC. | NUMBER: 476,530-B |
| VERSUS | FIRST JUDICIAL DISTRICT COURT |
| FLEETCOR TECHNOLOGIES, INC. D/B/A FUELMAN OF NORTH LOUISIANA AND EAST TEXAS, ET AL | CADDO PARISH, LOUISIANA |

### PLAINTIFF'S THIRD SUPPLEMENTAL AND AMENDING PETITION

The Third Supplemental and Amending Petition of Plaintiff, GROSJEAN CONTRACTORS, INC., a Louisiana corporation, with its principal place of business in Bossier City, Bossier Parish, Louisiana, respectfully shows that:

I.

A scheduling order has not been entered in this matter, and the case is not set for trial.

II.

All of the allegations and the prayer of the Original Petition, First Supplemental and Amending Petition, and Second Supplemental and Amending Petitions are restated and reiterated as if fully reprinted herein except to the extent that they are specifically amended hereinafter

III.

Paragraph 3 of plaintiff's Original Petition, as supplemented and amended in the Second Supplemental and Amending Petition, is further supplemented and amended to read as follows:

> "Plaintiff asserts claims against the defendants based on La. R.S. 15:1351, et seq., La. C.C. art. 2315, 15 U.S.C.A. § 1643, 18 U.S.C.A. § 1961, et seq., and any other state or federal law applicable to the facts set forth in this petition."

IV.

Paragraph 5 of plaintiff's Original Petition is supplemented and amended to read as follows:

> "Additionally, defendants are associated with Petro Marketing, Inc. d/b/a Otto's Service Stations (hereinafter referred to as "Otto's Service Stations") for the purpose of marketing fuel as well as food and other convenience store items."

**FILED**

2004 MAY 10 P 4 38

W. L. McGEHEE
DEPUTY CLERK OF COURT
CADDO PARISH

V.

The Original Petition is supplemented and amended to add paragraph 6A., to read as follows:

> "In the further alternative, the Enterprise is the association of defendants other than Fuelman in the marketing of fuel in association with Fuelman."

VI.

Paragraphs 25, 26, 27 and 28 of the Original Petition are supplemented and amended to read as follows:

> "25.
>
> In the alternative, if Fuelman is not liable under the provisions of La. R.S. 15:1351, et seq., and 18 U.S.C.A. § 1961, et seq., it is nonetheless liable under the provisions of La. C.C. art. 2315, and additionally for breaches of the representations it made to plaintiff and for breaches of the contractual obligations it owed to plaintiff and its recovery is limited by the provisions of 15 U.S.C.A. § 1643.
>
> 26.
>
> As is shown above, all defendants are associated in fact with the Enterprise, and all defendants have conducted or participated directly or indirectly in the conduct of the Enterprise through the pattern of racketeering activity described above, and thus, all defendants have violated La. R.S. 15:1353C and 18 U.S.C.A. § 1961, et seq.
>
> 27.
>
> Additionally, all defendants have conspired among themselves to further the pattern of racketeering activity described above and by knowingly and willingly participating directly or indirectly in the conspiracy in violation of La. R.S. 15:1353D and 18 U.S.C.A. § 1961, et seq.
>
> 28.
>
> As a result of the violation of La. R.S. 15:1353C and D, as well as the violation of 18 U.S.C.A. § 1961, et seq., plaintiff has been financially injured in the aggregate amounts shown on Exhibit "B" through the pattern of racketeering activity describe above and are therefore entitled to recover three (3) times its actual damages plus all attorney's fees in the trial and appellate courts and all costs of investigation and litigation expenses reasonably incurred."

WHEREFORE, PLAINTIFF, GROSJEAN CONTRACTORS, INC., PRAYS:

I. That this Third Supplemental and Amending Petition be filed and allowed;

II. That after due proceedings had, that there be judgment herein against FLEET FUEL, INC. D/B/A FUELMAN OF NORTH LOUISIANA AND EAST

2

TEXAS, MAHMOUD RASOOL, ADEL NAGI-SALEH HEZAM, HOUSSAM NEHME, IMAD MOUKADDEM, AMER RAMZI ELCHENIMI, and LORI FELLAH, in solido, for three (3) times plaintiff's actual damages, attorney's fees in the trial and appellate courts, the reasonable costs of investigation and litigation expenses, pre-judgment and post-judgment interest, and all costs of court;

III. In the alternative, that there be judgment ordering FLEET FUEL, INC. D/B/A FUELMAN OF NORTH LOUISIANA AND EAST TEXAS to refund any unauthorized charges made on the credit card issued to plaintiff;

IV. Further that there be judgment rejecting any reconventional demand of FLEET FUEL, INC. D/B/A FUELMAN OF NORTH LOUISIANA AND EAST TEXAS; and

V. For such other relief as this Court may deem just and proper.

Respectfully submitted,

PETERS, WARD, BRIGHT & HENNESSY
401 EDWARDS STREET, SUITE 1100
POST OFFICE BOX 91
SHREVEPORT, LOUISIANA 71161
(318) 221-8000 / 221-4300 Facsimile

BY: _____
J. PATRICK HENNESSY (#6791)

Attorneys for Plaintiff

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Second Supplemental and Amending Petition has been served upon Defendants herein through their counsel of record listed as follows:

> FLEET FUEL, INC. D/B/A FUELMAN OF NORTH
> LOUISIANA AND EAST TEXAS,
> through its attorney of record,
> Mr. Charles C. Trascher, III
> Snellings, Breard, Sartor, Inabnett & Trascher, L.L.P.
> P. O. Box 2055
> Monroe, LA 71207-2055
>
> MAHMOUD RASOOL and ADEL NAGI-SALEH HEZAM,
> through their attorney of record,
> Mr. Jeffrey L. Little
> P. O. Box 234
> Shreveport, LA 71162-0234
>
> HOUSSAM NEHME,
> through his attorney of record,
> Mr. R. Cody Mayo, Jr.
> 820 Jordan Street, Suite 480
> Shreveport, LA 71101-4522
>
> LORI FELLAH,
> through her attorneys of record
> Mr. C. Gary Mitchell
> 509 Milam Street
> Shreveport, LA 71101
>   and
> Ms. Amy Brainard
> Klotz, Simmons & Brainard
> 509 Milam Street
> Shreveport, LA 71101

by depositing a copy of same to each through the United States mail, postage prepaid, this 10th day of May, 2004.

_____
OF COUNSEL

4

GROSJEAN CONTRACTORS, INC.  NUMBER: 476,530-B

VERSUS

FLEETCOR TECHNOLOGIES, INC. D/B/A FUELMAN OF NORTH LOUISIANA AND EAST TEXAS, ET AL

FIRST JUDICIAL DISTRICT COURT

CADDO PARISH, LOUISIANA

CV04-1260-S

JUDGE HICKS

MAGISTRATE JUDGE PAYNE

**ORDER**

IT IS HEREBY ORDERED that Plaintiff, GROSJEAN CONTRACTORS, INC., is allowed to file the foregoing Third Supplemental and Amending Petition.

THUS DONE AND SIGNED, this 11th day of May, 2004.

_____
DISTRICT COURT JUDGE

**PLEASE SERVE:**

FLEET FUEL, INC. D/B/A FUELMAN OF NORTH LOUISIANA AND EAST TEXAS,
through its attorney of record,
Mr. Charles C. Trascher, III
Snellings, Breard, Sartor, Inabnett & Trascher, L.L.P.
P. O. Box 2055
Monroe, LA 71207-2055

MAHMOUD RASOOL and ADEL NAGI-SALEH HEZAM,
through their attorney of record,
Mr. Jeffrey L. Little
P. O. Box 234
Shreveport, LA 71162-0234

HOUSSAM NEHME,
through his attorney of record,
Mr. R. Cody Mayo, Jr.
820 Jordan Street, Suite 480
Shreveport, LA 71101-4522

LORI FELLAH
through her attorneys of record
Mr. C. Gary Mitchell
509 Milam Street
Shreveport, LA 71101
and Ms. Amy Brainard
Klotz, Simmons & Brainard
509 Milam Street
Shreveport, LA 71101

AMER RAMZI ELCHEMNIMI,
via Process Server, Donald W. McMahone, Sr.

IMAD MOUKADDEM
via the Louisiana Long Arm Statute

5