UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| GROSJEAN CONTRACTORS, INC. | CIVIL ACTION NO. 04-1260 |
| v. | JUDGE HICKS |
| MAHMOUD RASOOL, ET AL. | MAGISTRATE HORNSBY |

## ORDER OF DISMISSAL

Pursuant to Local Rule 41.3W:

**IT IS ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**. It may be reinstated within 30 days of the signing of this Order, for good cause shown. **The Clerk is now requested to close this case.**

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED** this 30th day of June, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE